H. Franklin Hostetler, III (SBN: 147014)
hhostetler@gordonrees.com
Minna Y. Chan (SBN: 305941)
mchan@gordonrees.com
GORDON & REES LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHIRAZ KELLY (formerly known as CHIRAZ ZOUAOUI), an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Corporation, and DOES 1 through 15, inclusive,<br><br>*Defendants.* | CASE NO. 2:16-cv-8193 JFW (FFM)<br><br>**ORDER OF DISMISSAL**<br><br>Presiding Judge:   John F. Walter<br>Magistrate Judge: Frederick F. Mumm |

The Court has reviewed the joint Motion to Dismiss of plaintiff, Chiraz Kelly, and defendant, Nissan North America, Inc., in this action.

Good cause appearing, it is hereby **ORDERED** that this matter be dismissed. Each party to bear their own attorneys' fees and costs.

Dated: February 14, 2017

_____
United States District Judge

30834908

-1-

**JOINT MOTION TO DISMISS**
CASE NO: 2:16-CV-8193 JFW (FFM)